# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:13-cr-05057-1-MDH |
| ) | |
| JAIME GONZALEZ-ALVARADO, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is Defendant's Pro Se Motion for Reconsideration. (Doc. 242). Defendant asks the Court to reconsider its previous Order denying sentence reduction (compassionate release) to Defendant (Doc. 240). After careful consideration, the Court hereby **DENIES** Defendant's motion. The Court finds that the Defendant has not established that new circumstances warrant a reconsideration of the previous Order.

**IT IS SO ORDERED**.

DATED: January 19, 2021  /s/ Douglas Harpool
**DOUGLAS HARPOOL**
**UNITED STATES DISTRICT JUDGE**